IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY BIOSCIENCES, LLC, BIOPROJET SOCIÉTÉ CIVILE DE RECHERCHE and BIOPROJET PHARMA SAS, <br><br> Plaintiffs, <br><br> v. <br><br> AET PHARMA US, INC., ANNORA PHARMA PRIVATE LIMITED, HETERO USA, INC., HETERO LABS LIMITED, NOVITIUM PHARMA LLC, ZENARA PHARMA PRIVATE LIMITED and BIOPHORE INDIA PHARMACEUTICALS PRIVATE LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received Notice:  No earlier than October 13, 2023

Date of Expiration of Patent:  * See below

Thirty Month Stay Deadline:  ** February 14, 2027

*U.S. Patent No. 8,486,947 expires on September 26, 2029; U.S. Patent No. 8,207,197 expires on March 7, 2030; U.S. Patent No. 8,354,430 expires on February 6, 2026.

** This deadline is calculated pursuant to New Chemical Entity status, which applies in this case.

*/s/ Jack B. Blumenfeld*
_____
Attorney(s) for Plaintiff

Dated: November 21, 2023